ZENO B. BAUCUS
CHAD C. SPRAKER
Assistant U.S. Attorneys
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: zeno.baucus@usdoj.gov
　　　chad.spraker@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

DEC 15 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LA MONETA CAMBIO SA, GERMAN COPPOLA, PABLO COPPOLA, and FRANCISCO PAGANO,<br><br>Defendants. | <u>FILED UNDER SEAL PURSUANT TO L.R. 49.1(a)(2)</u><br><br>CR 14-117-BLG-SPW<br><br>MOTION TO CONTINUE THE INITIAL APPEARANCE DATE CURRENTLY SET FOR DECEMBER 17, 2014 |
|---|---|

The United States of America, by and through Assistant United States

1

Attorneys Zeno B. Baucus and Chad C. Spraker, moves the Court to continue the initial appearance date currently set for La Moneta Cambio SA from December 17, 2014, to a date and time convenient to the Court in March 2015. The United States also requests that a new summons be issued for that date.

On December 10, 2014, the Court granted the United States' motion to unseal the Indictment for purpose of providing it to defense counsel. (Doc. 12.) The United States has since provided the Indictment to defense counsel, who has indicated that he is not authorized to accept service for La Moneta Cambio SA and will not be appearing on December 17, 2014. In order to serve the Summons and Indictment on La Moneta Cambio SA through a corporate officer or authorized agent, *see* Fed. R. Crim. P. 4(c)(3)(C), the United States must therefore request the assistance of the Department of Justice, Office of International Affairs. Because defense counsel will not be appearing at the initial appearance date of December 17, 2014, the United States moves the Court to continue La Moneta Cambio SA's initial appearance to a date and time convenient to the Court in March 2015. In the interim, the United States will take the steps necessary to serve the La Moneta SA in accordance with the Federal Rules of Criminal Procedure.

WHEREFORE, the United States respectfully requests that the Court continue the initial appearance to a date and time convenient to the Court in March

2015. The United States also respectfully requests that the Clerk issue a new summons for the initial appearance date.

DATED this 15th day of December, 2014.

MICHAEL W. COTTER
United States Attorney

/s/ Chad C. Spraker
CHAD C. SPRAKER
Assistant U.S. Attorney
Attorney for United States

## CERTIFICATE OF COMPLIANCE

Pursuant to D. Mont. LR 7.1(d)(2) and CR 12.1(e), the attached Motion to Continue the Initial Appearance Date Currently Set for December 17, 2014, is proportionately spaced, has a typeface of 14 points or more, and the body contains 303 words.

/s/ Chad C. Spraker
CHAD C. SPRAKER
Assistant U.S. Attorney
Attorney for United States