FILED

JAN - 2 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 14-117-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| **LA MONETA CAMBIO SA,** | |
| Defendant. | |

Pending before the Court is the joint motion of the United States, and defendant La Moneta Cambio SA, to continue the trial on the merits and to hold all pretrial proceedings and deadlines in abeyance (Doc. 165). For good cause shown,

IT IS HEREBY ORDERED that the trial currently set for January 7, 2019, at 9:00 a.m., is **VACATED**.

IT IS FURTHER ORDERED that all pending pretrial deadlines are **VACATED**.

1

**IT IS FURTHER ORDERED** that this case is STAYED pending further Order of the Court.

DATED this 2nd day of January, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge