IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-117-BLG-SPW-01 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LA MONETA CAMBIO SA, | |
| Defendant. | |

Upon the United States' Motion to Dismiss Indictment Without Prejudice (Doc. 256), and for good cause shown,

IT IS HEREBY ORDERED that the indictment in the above matter is **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of September, 2022.

_____
SUSAN P. WATTERS
United States District Judge

1